UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ISAAC GREEN, JR., | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:23-cv-01355-LCB-HNJ |
| WARDEN KIMBERLY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION AND ORDER

The Magistrate Judge entered a report (Doc. 12) on July 29, 2024, recommending that the court deny petitioner Isaac Green, Jr.'s ("Green") petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. 1), and dismiss his claims without prejudice as moot. The Magistrate Judge further recommended the court deny Green's Motion to Expand the Record (Doc. 10), as moot. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Green's § 2241 petition (Doc. 1) is due to be **DENIED** and his claims are due to be **DISMISSED WITHOUT PREJUDICE** as **MOOT**. It is **ORDERED** that Green's Motion to

Expand the Record (Doc. 10), is **DENIED** as **MOOT**.  A final judgment will be entered.

    **DONE** and **ORDERED** August 23, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE